**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALTON E. DEAN,<br><br>        Petitioner,<br><br>   v.<br><br>ON HABEAS CORPUS,<br><br>        Respondents. | Case No. 1:12-cv-00753-BAM-HC<br><br>ORDER DISREGARDING FILING (DOC. 13)<br><br>INFORMATIONAL ORDER |

    Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that was dismissed on July 11, 2012, by this Court, which declined to issue a certificate of appealability and closed the case.

    On May 21, 2014, Petitioner filed what appears to be intended to be a first amended petition.  However, because judgment has been entered and the case has been closed, no jurisdiction remains in this Court with respect to this proceeding.

    Accordingly, Petitioner's first amended petition is DISREGARDED.

1

Petitioner is INFORMED that no further filings in this action will be entertained in this Court.

IT IS SO ORDERED.

Dated: __**July 18, 2014**__                  ___/s/ Barbara A. McAuliffe___
                                          UNITED STATES MAGISTRATE JUDGE